UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DONALD R. BUTLER, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-07-192 |
| | § | |
| N. QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

## ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME

Pending is respondent's second motion for an extension of time to file his response to this § 2254 petition (D.E. 9). Petitioner filed no response. According to the Local Rules for the Southern District of Texas, failure to file a response is deemed a representation that the party is not opposed to the granting of the relief requested. LR7.4. The motion is granted. Respondent's answer and responsive pleading are due on or before **Wednesday, August 15, 2007**. No further extensions will be granted.

ORDERED this 9th day of August, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

1 / 1